## Commonwealth *v.* Pride, Appellant.

Submitted June 12, 1970. *Thomas C. Carroll* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Riley, Appellant.

Submitted December 8, 1969. *Morton B. Weinstein,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Singleton, Appellant.

Submitted March 24, 1970. *Herbert G. Hardin,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.